**Order entered November 13, 2014**



In The

# Court of Appeals
# Fifth District of Texas at Dallas

## No. 05-14-01340-CV

## IN THE INTEREST OF A.E., A CHILD

**On Appeal from the 304th Judicial District Court**
**Dallas County, Texas**
**Trial Court Cause No. 13-186-W**

## ORDER

We **GRANT** appellant's November 7, 2014 motion for extension of time to file brief and

**ORDER** the brief be filed no later than December 17, 2014.  Because this is an accelerated

appeal in a parental termination case, no further extensions will be granted absent exigent

circumstances.


/s/      DOUGLAS S. LANG
JUSTICE